IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| SHIRLEY J. WRIGHT | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| CHRISTOPHER W. ALLEGRINI and MURPAC OF INDIANA, LLC | ) |
| Defendants. | ) |

FILED-3
2008 SEP 23 AM
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

## COMPLAINT

Now comes the Plaintiff, SHIRLEY J. WRIGHT, by her attorneys, Jerome Schachter & Associates, Ltd., and complaining against the Defendants, CHRISTOPHER W. ALLEGRINI and MURPAC OF INDIANA, LLC, states as follows:

1. On June 20, 2007, the Defendant, MURPAC OF INDIANA, LLC, owned a certain motor vehicle which was being operated in an easterly direction on Court Street at or near Greenwood Avenue in Kankakee, Illinois, by their agent, servant and employee, Defendant, CHRISTOPHER W. ALLEGRINI.

2. At that time and place, Plaintiff, SHIRLEY J. WRIGHT, was sitting in a vehicle which was parked at the curb facing in an easterly direction on Court Street at or near Greenwood Avenue, in Kankakee, Illinois.

3. At said time and place, Defendants, MURPAC OF INDIANA, LLC and CHRISTOPHER W. ALLEGRINI caused their vehicle to strike the vehicle being operated by the Plaintiff, SHIRLEY J. WRIGHT.

4. At said time and place, it was the duty of the Defendants, MURPAC OF INDIANA, LLC and CHRISTOPHER W. ALLEGRINI, to exercise ordinary care for the safety of the Plaintiff.

5. At said time and place, the Defendants, MURPAC OF INDIANA, LLC and CHRISTOPHER W. ALLEGRINI, were guilty of one or more of the following acts of misconduct:

    (a) Operated said motor vehicle in such a manner as to cause injuries to the Plaintiffs;

    (b) Failed to keep a proper lookout for other vehicles lawfully

using the aforementioned streets;

(c)   Drove said vehicle at a speed greater than was reasonable and proper, having regard to the traffic and use of the public streets in violation of the provisions of 625 ILCS 5/11-601(a);

(d)   Failed to apply the brakes on said vehicle in sufficient time to stop said motor vehicle before causing it to come into contact with the automobile that Plaintiff was in;

(e)   Failed to maintain the brakes in a reasonable working condition in violation of 625 ILCS 5/12-301(a);

(f)   Failed to keep the vehicle under control in violation of the Illinois Compiled Statutes;

(g)   Carelessly and negligently drove said vehicle too fast;

(h)   Failed to exercise due care to avoid colliding with another motor vehicle, contrary to and in violation of the provisions of 625 ILCS, Section 5/11-1003.1;

(i)   Failed to give any warning by sounding a horn contrary to and in violation of the provisions of 625 ILCS 5/11-1003.1;

(j)   Failed to give audible warning with said vehicles horn of the approach of said motor vehicle although such warning was necessary to insure the safe operation of said vehicle contrary to and in violation of the provisions of 625 ILCS 5/12-601(a);

(k)   Failed to decrease the speed of said motor vehicle to avoid colliding with a vehicle upon the highway contrary to the provisions of 625 ILCS 5/11-601(a).

(l)   Operated a motor vehicle with a careless and negligent disregard for the safety of person contrary and in violation of 625 ILCS 5/11-503(a).

(m)   Carelessly and negligently drove on said roadway without yielding the right-of-way to Plaintiff's motor vehicle contrary to, and in violation of, the provision of Chapter 95 1/2, Section 11-906, of the Illinois Revised Statutes.

(n)   Carelessly and negligently passed a motor vehicle on the left in violation of Illinois Statutes.

(o) Carelessly and negligently drove their vehicle on a roadway designated for one-way traffic only in the opposite direction as was clearly designated by official traffic devices or traffic signs.

(p) Carelessly and negligently failed to pass a vehicle on the left at a safe distance in violation of 625 ILCS 5/11-703;

(q) Carelessly and negligently failed to drive a vehicle within a single lane of traffic and moved from such lane without ascertaining that such movement could not be made safely in violation of 625 ILCS 5/11-709.

6. As a proximate result of one or more of the foregoing negligent acts and/or omissions of MURPAC OF INDIANA, LLC and CHRISTOPHER W. ALLEGRINI, SHIRLEY J. WRIGHT, sustained severe and permanent injuries and will continue to suffer pain, disability, loss of a normal life and loss of income; and she has expended and become liable for certain medical expenses for necessary medical care and treatment of her injuries and she will in the future be required to expend money for medical treatment all to her pecuniary damage.

WHEREFORE, the Plaintiff, SHIRLEY J. WRIGHT, asks judgment against the Defendants, MURPAC OF INDIANA, LLC and CHRISTOPHER W. ALLEGRINI, in an amount in excess of TWO HUNDRED FIFTY THOUSAND AND 01/100 DOLLARS ($250,000.00) plus the costs of suit.

JEROME SCHACHTER & ASSOCIATES, LTD.

By: _____
Attorneys for Plaintiff

JEROME SCHACHTER & ASSOCIATES, LTD.; Attorney #08790
Attorneys for Plaintiff
9933 North Lawler, Suite 100
Skokie, IL 60077
847 329-1111
Fax: 847-329-1128